**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                    Case No. 08-cr-66-PB

**John Wilder**


**O R D E R**

The defendant, through counsel, has moved to continue the
August 19, 2008 trial in the above case, citing the need for
additional time to prepare a defense or negotiate a resolution.
The government does not object to a continuance of the trial.

Accordingly, for the above reasons and to allow the parties
additional time to properly prepare for trial, the court will
continue the trial from August 19, 2008 to December 2, 2008.  In
agreeing to continue the trial, the court finds pursuant to 18
U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the
ends of justice served in granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.

The July 31, 2008 final pretrial conference is continued to November 17, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 4, 2008

cc:  Bjorn Lange, Esq.
     Donald Feith, Esq.
     United States Probation
     United States Marshal